# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ELISA MAPSON,** | ) |
| **Petitioner,** | ) |
| v. | ) Case No. 7:22-cv-01406-RDP-JHE |
| **WARDEN NEELY,** | ) |
| **Respondent.** | ) |

## MEMORANDUM OPINION

Petitioner Elisa Mapson filed a *pro se* amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the Bureau of Prisons' application of First Step Act time credits to her sentence. (Doc. 4). On December 20, 2023, the Magistrate Judge entered a Report and Recommendation recommending the court deny Petitioner's amended petition and dismiss her claims without prejudice. (Doc. 20). The Magistrate Judge further recommended the court deny Petitioner's motion to compel judgment granting her amended petition (Doc. 19). (*Id.*). Although the Magistrate Judge advised Petitioner of her right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation, the court finds that Petitioner's amended petition for a writ of habeas corpus (Doc. 4) is due to be denied and the claims are due to be dismissed without prejudice. Additionally, Petitioner's motion to compel judgment granting her amended petition (Doc. 19) is due to be denied.

A Final Judgment will be entered.

**DONE** and **ORDERED** this January 11, 2024.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE